DARIN D. SMITH
United States Attorney
JEREMY A. GROSS (WY Bar # 7-5110)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
jeremy.gross@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 2021 NISSAN ROGUE SUV, VIN # JN1BJ1AV0MW308183; <br><br> ANDERSON MANUFACTURING AM-15 5.56 CAL. RIFLE BEARING S/N 20079928; <br><br> GLOCK INC. MODEL 17 9MM PISTOL BEARING S/N AETZ389; <br><br> MAVERICK ARMS MODEL 88 12 GAUGE SHOTGUN BEARING S/N MV09835V; <br><br> RUGER MODEL LCP .380 CAL. PISTOL BEARING S/N 381430209, <br><br> ASSORTED MAGAZINES AND AMMUNITION <br><br> Defendants. | Case No. 2:25-CV-00003-KHR |

## UNITED STATES OF AMERICA'S MOTION FOR DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

The United States of America, by and through the United States Attorney for the District of Wyoming, and Assistant United States Attorney Jeremy A. Gross, in accordance with the

Court's Order for a status report (Doc. 19), and pursuant to Fed. R. Civ. P. 55(b), moves for an entry of default judgment and a final order of forfeiture against the following defendant assets:

    a) a 2021 Nissan Rogue SUV with a VIN number of JN1BJ1AV0MW308183;

    b) an Anderson Manufacturing AM-15, 5.56 Caliber Rifle bearing serial number 20079928;

    c) a Glock Inc. Model 17, 9MM Pistol bearing serial number AETZ389;

    d) a Maverick Arms Model 88, 12-gauge Shotgun bearing serial number MV09835V;

    e) a Ruger Model LCP, .380 Caliber Pistol bearing serial number 381430209; and

    f) all magazines and ammunition seized on July 4 & 5, 2024 (collectively, "Defendant Property").

In support of this request, the United States represents as follows:

1. On January 3, 2025, pursuant to 18 U.S.C. §§ 924(c), (d), 981(a)(1)(G), and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a *Verified Complaint for Forfeiture in Rem* against the above captioned Defendant Property. (Doc. 1). All the sworn statements set forth in the Verified Complaint establish by a preponderance of the evidence, sufficient probable cause for a judgment of forfeiture. (*Id.*).

2. On January 10, 2025, the United States sent direct notice of the Verified Complaint, along with a copy of the Verified Complaint, via regular mail and Fed Ex, to all persons who reasonably appeared to be potential claimants pursuant to Supplemental Rule G(4)(b). (Docs. 5, 6).

3. On August 15, 2025, pursuant to Supplemental Rule G(4)(a), the United States filed a Declaration of Publication stating that notice of this civil forfeiture action was posted on an

official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 12, 2025. (Doc. 13).

4.  To date, the only claim, answer, or other responsive pleading that has been filed regarding the Defendant Property has been stricken. (Docs. 7, 8, 12). The time for any other potential claimant to file has since expired. Rule G(4)(b)(ii), (5)(a)(ii), 5(b). Accordingly, no claimant has standing to contest the forfeiture.

5.  On August 20, 2025, an Entry of Default was entered by the Clerk of the Court. (Doc. 15).

6.  Upon entry of the Final Order of Forfeiture, the United States respectfully requests this Court to direct the Clerk of Court to enter Judgement of Defendant Property in favor of the United States.

WHEREFORE, the United States respectfully requests that the Court (1) enter default judgment against the above captioned Defendant Property in favor of the United States, and (2) Order the Defendant Property forfeited to the United States under a Final Order of Forfeiture.

DATED this 6th day of March 2026.

DARIN D. SMITH<br>
United States Attorney<br><br>
By: _____<br>
JEREMY A. GROSS<br>
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certified that on this 6th day of March 2026, a true copy of the above *United States of America's Motion for Default and Final Order of Forfeiture* was mailed via regular mail to:

Noah Fussner
10241 Crest Ridge Dr.
Pensacola, FL 32514

Felic Fussner
1544 Blowing Rock Rd.
B.O. Box 1001
Boone, NC 28607

                                         */s/ Kebin Haller*
                                         U.S. Attorney's Office