FILED

9:16 am, 3/9/26

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 2:25-CV-00003-KHR |
| 2021 NISSAN ROGUE SUV, ) | |
| VIN # JN1BJ1AV0MW308183; ) | |
| ) | |
| ANDERSON MANUFACTURING AM-15 ) | |
| 5.56 CAL. RIFLE BEARING S/N 20079928; ) | |
| ) | |
| GLOCK INC. MODEL 17 9MM PISTOL ) | |
| BEARING S/N AETZ389; ) | |
| ) | |
| MAVERICK ARMS MODEL 88 12 GAUGE ) | |
| SHOTGUN BEARING S/N MV09835V; ) | |
| ) | |
| RUGER MODEL LCP .380 CAL. PISTOL ) | |
| BEARING S/N 381430209, ) | |
| ) | |
| ASSORTED MAGAZINES AND ) | |
| AMMUNITION ) | |
| | |
| Defendants. | |

## DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the *United States of America's Motion for Default Judgment and Final Order of Forfeiture*. The Court, having reviewed the motion FINDS that:

1. The United States commenced this civil forfeiture action pursuant to Supplemental Rule G(2) of the Federal Rules of Civil Procedure and 18 U.S.C. § 981(a)(1)(G)(i), (ii), and (iii), as well as 18 U.S.C. §§ 924(c) & (d). (Doc. 1).

2. The facts and verification set forth in the Verified Complaint for Forfeiture in Rem provide probable cause and ample basis by a preponderance of the evidence for a final judgement and order of forfeiture as to Defendant Property.

3. All known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (Docs. 5, 6, 13).

4. The only claim or answer filed in this case, filed by Mr. Noah Fussner, was properly stricken by this Court. (Docs. 7, 8, 12).

5. The time for filing of any other potential claim has expired under Rule G(4)(b)(ii), (5)(a)(ii), and (5)(b).

6. Entry of Default was entered by the Clerk of the Court on August 20, 2025. (Doc. 15).

IT IS THEREFORE ORDERED that a Default Judgment and Final Order of Forfeiture, including all right, title, and interest is entered for the following Defendant Property:

a) a 2021 Nissan Rogue SUV with a VIN number of JN1BJ1AV0MW308183;

b) an Anderson Manufacturing AM-15, 5.56 Caliber Rifle bearing serial number 20079928;

c) a Glock Inc. Model 17, 9MM Pistol bearing serial number AETZ389;

d) a Maverick Arms Model 88, 12-gauge Shotgun bearing serial number MV09835V;

e) a Ruger Model LCP, .380 Caliber Pistol bearing serial number 381430209; and

f) all magazines and ammunition seized on July 4 & 5, 2024 (collectively, "Defendant Property").

IT IS FURTHER ORDERED the United States shall have full and legal title as to the Defendant Property and may dispose of said assets in accordance with law, and that the Clerk of Court is directed to enter Judgement as to the Defendant Property.

SO ORDERED this 9th day of March, 2026.

KELLY H. RANKIN
Chief United States District Judge